UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES L. RADERS,                      Case No: 6:21-cv-711-Orl-PGB-EJK

    Plaintiff,                             Judge: Hon. Paul G. Byron
                                       Magistrate Judge: Hon. Embry J. Kidd

v.

MICHAEL D. FRANTZ, FRANTZ
COMMUNITY INVESTORS, L.L.C.,
and FRANTZ VENTURES, L.L.C.,

    Defendants.
_____/

## NOTICE OF APPEARANCE

The undersigned attorney hereby enters his appearance as Lead Counsel for the Defendant Michael D. Frantz, Frantz Community Investors, LLC and Frantz Ventures, LLC. Pursuant to Rule 2.516, Florida Rules of Judicial Administration, undersigned counsel designates the following email addresses for service of pleadings and papers:

Primary Email: barryrigbylaw@gmail.com

Secondary Email: rigbylaw@yahoo.com

                                     /s/ Barry Rigby
                                     Barry Rigby, Esq.
                                     Fla. Bar No. 0613770
                                     Law Offices of Barry Rigby, P.A.
                                     1881 Lee Road
                                     Winter Park, FL 32789
                                     Primary: barryrigbylaw@gmail.com

        Secondary: rigbylaw@yahoo.com
        Phone: (407) 650-1985
        Fax: (407) 386-6150
        Lead Counsel for Michael Frantz,
        Frantz Community Investors; and
        Frantz Ventures, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of July, 2021, I electronically filed the foregoing with the NexGen CM/ECF portal, and certify that a copy will be mailed via U.S. Mail and/or the system will serve a copy via electronic mail to the following:

Krista Nicole Cammack
Peter Bartoszek
Lindsey Evers Freeman
Wicker, Smith, O'Hara, McCoy & Ford, PA
390 N. Orange Avenue, Suite 1000
Orlando, FL 32801
Phone: (407) 843-3939
Fax: (407) 649-8118
Email: kcammack@wickersmith.com
Email: pbartoszek@wickersmith.com
Email: lfreeman@wickersmith.com

        /s/   Barry Rigby
        Barry W. Rigby, Esq.
        Fla. Bar No. 0613770