UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JAMES L. RADERS,**

      **Plaintiff,**

**v.**                                        **Case No: 6:18-cv-711-PGB-EJK**

**MICHAEL D. FRANTZ, FRANTZ
COMMUNITY INVESTORS,
L.L.C, and FRANTZ VENTURES,
L.L.C,**

      **Defendants.**

### ORDER

This cause comes before the Court without oral argument on Defendants' Unopposed Motions for Mark Belongia (Doc. 57) and Brian C. Langs (Doc. 58) to Appear *Pro Hac Vice* (the "Motions"), filed July 22, 2021.

Upon consideration, the Motions are **GRANTED**, provided counsel **shall register for and use the electronic filing system** as adopted by the Court. After this Order, the Clerk will no longer send copies of docket entries by U.S. Mail to counsel in this case. Counsel can register for a CM/ECF login password through the website at www.flmd.uscourts.gov under "CM/ECF." Counsel admitted to appear *pro hac vice* must take the tutorial offered on the website before using the system.[1]

---

[1] In the Motions, counsel indicate that Barry Rigby will be local counsel. The Court notes that the updated Local Rules, effective February 1, 2021, no longer require local counsel.

**DONE** and **ORDERED** in Orlando, Florida on July 26, 2021.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record