**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JAMES L. RADERS,**

      **Plaintiff,**

**v.**                                      **Case No.: 6:18-cv-711-PGB-EJK**

**MICHAEL D. FRANTZ, FRANTZ**
**COMMUNITY INVESTORS,**
**L.L.C, and FRANTZ VENTURES,**
**L.L.C,**

      **Defendants.**

---

**NOTICE AND ORDER TO REGISTER FOR COURT'S CASE**
**MANAGEMENT AND ELECTRONIC CASE FILING PROGRAM**

On Monday, July 12, 2004, the United States District Court for the Middle District of Florida converted to a paperless electronic filing system: CM/ECF (Case Management and Electronic Case Filing).   Extensive notice of this conversion was provided through the Court's web-page, announcements, and numerous mailings.

Upon review of this case, it appears that attorney **Brian Langs** is not registered to participate in the Case Management and Electronic Case Filing ("CM/ECF") program of the Court.

Henceforth, all attorneys appearing in a case assigned to the undersigned Judge shall participate and docket in CM/ECF within **30 days** of entry of an appearance in such case.

Counsel are directed to the website located at **www.flmd.uscourts.gov** under "CM/ECF" where a password may be requested from the Court. Counsel must take the Tutorials offered on the website before using the CM/ECF system.

Therefore, Brian Langs shall register to participate, as well as docket, in CM/ECF within thirty (30) days from the date of this Order.

**DONE** and **ORDERED** in Orlando, Florida on this 13th day of December, 2021.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record