

# EXHIBIT LIST

\_\_\_ **PLAINTIFF**       \_\_\_ **DEFENDANT**       \_\_X\_\_ **JOINT**

\_\_\_ **GOVERNMENT**   \_\_\_ **COURT**

**CASE NO.**    6:18-CV-00711-PGB-EJK
**STYLE:**    RADERS, JAMES L. V. FRANTZ, MICHAEL, FRANTZ COMMUNITY INVESTORS, LLC AND FRANTZ VENTURES, LLC

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS[1] | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 1 | | | | | CONFIRMATION OF FUNDING BY WIRE TRANSFER |
| 2 | | | | | FORM OF PROMISSORY NOTE |
| 3 | | | | | REDACTED FRANTZ FINANCIAL STATEMENT |
| 4 | | | | | INVESTMENT AGREEMENT |
| 5 | | | | | DEFAULT AND DEMAND LETTER |
| 6 | | | | | IOWA SECRETARY OF STATE – FCI INFORMATION |
| 7 | | | | | FCI WEBSITE |
| 8 | | | | | IOWA SECRETARY OF STATE – FRANTZ VENTURES, LLC |
| 9 | | | | | BANK STATEMENT – TOWN CENTER 10493 |
| 10 | | | | | BANK STATEMENT TOWN CENTER 14629 |
| 11 | | | | | BANK STATEMENT SOUTH CEDAR 20964 |
| 12 | | | | | BANK STATEMENT FRANTZ FAMILY PROPERTY 21160 |
| 13 | | | | | BANK STATEMENT FRANTZ VENTURES, LLC 21186 |
| 14 | | | | | BANK STATEMENT NETWORK GROWTH MANAGEMENT 21194 |
| 15 | | | | | BANK STATEMENT DDK MARKETING INC. 21202 |

---

[1] Use a code (e.g. "A" or "*") in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.

Exhibit 1

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | | | | | | **BANK STATEMENT THREE FORWARDS D/B/A FRANTZ HOBART 21426** |
| 17 | | | | | | **BANK STATEMENT FRANTZ DESIGN, LLC 23786** |
| 18 | | | | | | **BANK STATEMENT BONSON BLOCK, LLC 21335** |
| 19 | | | | | | **RADERS V. FRANTZ, DEPOSITION TRANSCRIPT – M. FRANTZ, INDIVIDUALLY** |
| 20 | | | | | | **RADERS V. FRANTZ, DEPOSITION OF M. FRANTZ, INDIVIDUALLY, EXHIBIT 1** |
| 21 | | | | | | **RADERS V. FRANTZ, DEPOSITION OF M. FRANTZ, INDIVIDUALLY, EXHIBIT 2** |
| 22 | | | | | | **RADERS V. FRANTZ, DEPOSITION OF M. FRANTZ, INDIVIDUALLY, EXHIBIT 3** |
| 23 | | | | | | **RADERS V. FRANTZ, DEPOSITION OF M. FRANTZ, INDIVIDUALLY, EXHIBIT 4** |
| 24 | | | | | | **RADERS V. FRANTZ, DEPOSITION OF M. FRANTZ, INDIVIDUALLY, EXHIBIT 5** |
| 25 | | | | | | **RADERS V. FRANTZ, DEPOSITION OF M. FRANTZ, 30(B)(6), EXHIBIT 1** |
| 26 | | | | | | **RADERS V. FRANTZ, DEPOSITION OF M. FRANTZ, 30(B)(6), EXHIBIT 2** |
| 27 | | | | | | **RADERS V. FRANTZ, DEPOSITION OF M. FRANTZ, 30(B)(6), EXHIBIT 3** |
| 28 | | | | | | **RADERS V. FRANTZ, DEPOSITION OF M. FRANTZ, 30(B)(6), EXHIBIT 4** |
| 29 | | | | | | **RADERS V. FRANTZ, DEPOSITION OF S. FRANTZ. EXHIBIT 1** |
| 30 | | | | | | **RADERS V. FRANTZ, DEPOSITION OF S. FRANTZ. EXHIBIT 2** |
| 31 | | | | | | **RADERS V. FRANTZ, DEPOSITION OF S. FRANTZ. EXHIBIT 3** |
| 32 | | | | | | **FIRST REQUEST TO PRODUCE TO DEFENDANTS** |
| 33 | | | | | | **DEFENDANTS' RESPONSE TO FIRST REQUEST TO PRODUCE** |

| # | | | | | Description |
|---|---|---|---|---|---|
| 34 | | | | | **DEFENDANTS' SUPPLEMENTAL RESPONSE TO FIRST REQUEST TO PRODUCE** |
| 35 | | | | | **PLAINTIFF'S SUPPLEMENTAL REQUEST TO PRODUCE** |
| 36 | | | | | **DEFENDANTS' RESPONSE TO SUPPLEMENTAL REQUEST TO PRODUCE** |
| 37 | | | | | **DEFENDANTS' RESPONSE TO FIRST REQUEST TO PRODUCE 1 OF 4** |
| 38 | | | | | **DEFENDANTS' RESPONSE TO FIRST REQUEST TO PRODUCE 2 OF 4** |
| 39 | | | | | **DEFENDANTS' RESPONSE TO FIRST REQUEST TO PRODUCE 3 OF 4** |
| 40 | | | | | **DEFENDANTS' RESPONSE TO FIRST REQUEST TO PRODUCE 4 OF 4** |
| 41 | | | | | **DEFENDANTS' RESPONSE TO SUPPLEMENTAL REQUEST TO PRODUCE MFJB 01-253; MFJB 254-262** |
| 42 | | | | | **DEFENDANTS SECOND SUPPLEMENTAL RESPONSE TO FIRST REQUEST TO PRODUCE MFJB 265-622; MFJB 623-698** |
| 43 | | | | | **EMAILS AND TEXT MESSAGES (BATES NO. 1-388)** |
| 44 | | | | | **IRA LIQUIDATION 316 1** |
| 45 | | | | | **IRA LIQUIDATION 316 2** |
| 46 | | | | | **IRA LIQUIDATION 316 3** |
| 47 | | | | | **IRA LIQUIDATION 316 4** |
| 48 | | | | | **IRA LIQUIDATION 316 5** |
| 49 | | | | | **MATERIALS RECEIVED IN RESPONSE TO SUBPOENA ISSUED TO STEVE GORDON** |
| 50 | | | | | **MATERIALS RECEIVED IN RESPONSE TO SUBPOENA ISSUED TO MUNDROVICH ARCHITECTS** |
| 51 | | | | | **MATERIALS RECEIVED IN RESPONSE TO SUBPOENA ISSUED TO KPH CONSTRUCTION** |
| 52 | | | | | **MATERIALS RECEIVED IN RESPONSE TO SUBPOENA ISSUED TO JD VENTURES, LLC** |
| 53 | | | | | **MATERIALS RECEIVED IN RESPONSE TO SUBPOENA ISSUED** |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | TO IOWA ECONOMIC DEVELOPMENT AUTHORITY |
| 54 | | | | | | MATERIALS RECEIVED IN RESPONSE TO SUBPOENA ISSUED TO CHASE BANK – JP MORGAN |
| 55 | | | | | | MATERIALS RECEIVED IN RESPONSE TO SUBPOENA ISSUED TO DOCTOR GROUP |
| 56 | | | | | | MATERIALS RECEIVED IN RESPONSE TO SUBPOENA ISSUED TO CITY OF WAUSAU |
| 57 | | | | | | MATERIALS RECEIVED IN RESPONSE TO SUBPOENA ISSUED TO BANK OF AMERICA |
| 58 | | | | | | DECLARATION OF J. RADERS – FILED IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| 59 | | | | | | DECLARATION OF JAMES L. RADERS IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION (DOC. # 18-1) |
| 60 | | | | | | CONTRACT FOR THE MANSION (DOC. # 18-1, EX A) |
| 61 | | | | | | PRESS RELEASE (DOC. # 18-1, EX B) |
| 62 | | | | | | COPY OF CHECK FROM FRANTZ VENTURES, LLC (DOC. # 18-1, EX C) |
| 63 | | | | | | DEPOSITION OF JAMES RADERS (8/18/2021) |