

# EXHIBIT LIST

__X__  PLAINTIFF        ___ DEFENDANT        _____ JOINT

___ GOVERNMENT___ COURT

CASE NO.    6:18-CV-00711-PGB-EJK
STYLE:      RADERS, JAMES L. v. FRANTZ, MICHAEL, FRANTZ COMMUNITY INVESTORS, LLC AND FRANTZ VENTURES, LLC

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS[1] | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 1 | | | | NONE | CONFIRMATION OF FUNDING BY WIRE TRANSFER |
| 2 | | | | NONE | FORM OF PROMISSORY NOTE |
| 3 | | | | NONE | REDACTED FRANTZ FINANCIAL STATEMENT |
| 4 | | | | NONE | INVESTMENT AGREEMENT |
| 5 | | | | NONE | DEFAULT AND DEMAND LETTER |
| 6 | | | | FOUNDATION; RELEVANCE; PREJUDICIAL | LITIGATION SEARCHES AND COPIES |
| 7 | | | | NONE | IOWA SECRETARY OF STATE – FCI INFORMATION |
| 8 | | | | NONE | FCI WEBSITE |
| 9 | | | | FOUNDATION; RELEVANCE; PREJUDICIAL | CRE FIRM RESEARCH ON FCI |
| 10 | | | | NONE | IOWA SECRETARY OF STATE – FRANTZ VENTURES LLC |
| 11 | | | | NONE | BANK STATEMENT – TOWN CENTER MM **10493** |

---

[1] Use a code (e.g. "A"or "*") in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.

Exhibit 2

| | | | | | |
|---|---|---|---|---|---|
| 12 | | | | NONE | BANK STATEMENT TOWN CENTER 14629 |
| 13 | | | | NONE | BANK STATEMENT SOUTH CEDAR 20964 |
| 14 | | | | NONE | BANK STATEMENT FRANTZ FAMILY PROPERTY 21160 |
| 15 | | | | NONE | BANK STATEMENT FRANTZ VENTURES, LLC 21186 |
| 16 | | | | NONE | BANK STATEMENT NETWORK GROWTH MANAGEMENT 21194 |
| 17 | | | | NONE | BANK STATEMENT DDK MARKETING INC. 21202 |
| 18 | | | | NONE | BANK STATEMENT BONSON BLOCK, LLC 21335 |
| 19 | | | | NONE | BANK STATEMENT THREE FORWARDS D/B/A FRANTZ HOBART 21426 |
| 20 | | | | NONE | BANK STATEMENT FRANTZ DESIGN, LLC 23786 |
| 21 | | | | FOUNDATION | U.S. BANKRUPTCY COURT, EASTERN DISTRICT OF WISCONSIN CASE NO. 2019-2114 TRIAL TRANSCRIPT I OF V |
| 22 | | | | FOUNDATION | U.S. BANKRUPTCY COURT, EASTERN DISTRICT OF WISCONSIN CASE NO. 2019-2114 TRIAL TRANSCRIPT II OF V |
| 23 | | | | FOUNDATION | U.S. BANKRUPTCY COURT, EASTERN DISTRICT OF WISCONSIN CASE NO. 2019-2114 TRIAL TRANSCRIPT III OF V |
| 24 | | | | FOUNDATION | U.S. BANKRUPTCY COURT, EASTERN DISTRICT OF WISCONSIN CASE NO. 2019-2114 TRIAL TRANSCRIPT IV OF V |
| 25 | | | | FOUNDATION | U.S. BANKRUPTCY COURT, EASTERN DISTRICT OF WISCONSIN CASE NO. 2019-2114 TRIAL TRANSCRIPT V OF V |

| | | | | | |
|---|---|---|---|---|---|
| 26 | | | | FOUNDATION; RELEVANCE; PREJUDICIAL | U.S. BANKRUPTCY COURT, EASTERN DISTRICT OF WISCONSIN CASE NO. 2019-2114 EXHIBIT LIST |
| 27 | | | | RELEVANCE; PREJUDICIAL | U.S. BANKRUPTCY COURT, EASTERN DISTRICT OF WISCONSIN CASE NO. 2019-23077 NOTICE OF JUDGMENT DENYING DISCHARGE |
| 28 | | | | RELEVANCE; PREJUDICIAL | U.S. BANKRUPTCY COURT, EASTERN DISTRICT OF WISCONSIN CASE NO. 2019-23077 JUDGMENT ON STIPULATION |
| 29 | | | | FOUNDATION | U.S. BANKRUPTCY COURT, EASTERN DISTRICT OF WISCONSIN CASE NO. 2019-23077 341 MEETING OF CREDITORS TRANSCRIPT, JUNE 6, 2019 |
| 30 | | | | FOUNDATION | U.S. BANKRUPTCY COURT, EASTERN DISTRICT OF WISCONSIN CASE NO. 2019-23077 341 MEETING OF CREDITORS TRANSCRIPT, JULY 30, 2019 |
| 31 | | | | FOUNDATION | U.S. BANKRUPTCY COURT, EASTERN DISTRICT OF WISCONSIN CASE NO. 2019-23077 341 MEETING OF CREDITORS TRANSCRIPT, AUGUST 27, 2019 |
| 32 | | | | FOUNDATION | U.S. BANKRUPTCY COURT, EASTERN DISTRICT OF WISCONSIN CASE NO. 2019-23077 341 MEETING OF CREDITORS TRANSCRIPT, SEPTEMBER 24, 2019 |
| 33 | | | | RELEVANCE; PREJUDICIAL | U.S. BANKRUPTCY COURT, EASTERN DISTRICT OF WISCONSIN CASE NO. 2019-23077 STIPULATED FINAL JUDGMENT AND ORDER |
| 34 | | | | RELEVANCE; PREJUDICIAL | U.S. BANKRUPTCY COURT, EASTERN DISTRICT OF WISCONSIN CASE NO. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 2019-23077 SCHEDULE E/F: CREDITORS WHO HAVE UNSECURED CLAIMS |
| 35 | | | | RELEVANCE; PREJUDICIAL | U.S. BANKRUPTCY COURT, EASTERN DISTRICT OF WISCONSIN CASE NO. 2019-23077 SUMMARY OF ASSETS AND LIABILITIES, FILED 6/6/2019 |
| 36 | | | | RELEVANCE; PREJUDICIAL | U.S. BANKRUPTCY COURT, EASTERN DISTRICT OF WISCONSIN CASE NO. 2019-23077 SCHEDULE A/B: PROPERTY |
| 37 | | | | RELEVANCE; PREJUDICIAL | U.S. BANKRUPTCY COURT, EASTERN DISTRICT OF WISCONSIN CASE NO. 2019-23077, SUMMARY OF ASSETS AND LIABILITIES, FILED 4/30/2019 |
| 38 | | | | FOUNDATION | U.S. BANKRUPTCY COURT, EASTERN DISTRICT OF WISCONSIN CASE NO. 2019-23077 DEPOSITION OF M. FRANTZ, NOVEMBER 5, 2019 |
| 39 | | | | FOUNDATION | U.S. BANKRUPTCY COURT, EASTERN DISTRICT OF WISCONSIN CASE NO. 2019-23077 DEPOSITION OF M. FRANTZ, FEBRUARY 4, 2020 |
| 40 | | | | FOUNDATION | U.S. BANKRUPTCY COURT, EASTERN DISTRICT OF WISCONSIN CASE NO. 2019-23077 DEPOSITION OF S. FRANTZ, FEBRUARY 20, 2020 |
| 41 | | | | FOUNDATION | RADERS V. FRANTZ, DEPOSITION TRANSCRIPT – M. FRANTZ, INDIVIDUALLY |
| 42 | | | | NONE | RADERS V. FRANTZ, DEPOSITION OF M. FRANTZ, INDIVIDUALLY, EXHIBIT 1 |
| 43 | | | | NONE | RADERS V. FRANTZ, DEPOSITION OF M. FRANTZ, INDIVIDUALLY, EXHIBIT 2 |
| 44 | | | | NONE | RADERS V. FRANTZ, DEPOSITION OF M. FRANTZ, |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | INDIVIDUALLY, EXHIBIT 3 |
| 45 | | | | NONE | RADERS V. FRANTZ, DEPOSITION OF M. FRANTZ, INDIVIDUALLY, EXHIBIT 4 |
| 46 | | | | NONE | RADERS V. FRANTZ, DEPOSITION OF M. FRANTZ, INDIVIDUALLY, EXHIBIT 5 |
| 47 | | | | RELEVANCE; PREJUDICIAL | RADERS V. FRANTZ, DEPOSITION OF M. FRANTZ, INDIVIDUALLY, EXHIBIT 6 |
| 48 | | | | RELEVANCE; PREJUDICIAL | RADERS V. FRANTZ, DEPOSITION OF M. FRANTZ, INDIVIDUALLY, EXHIBIT 7 |
| 49 | | | | RELEVANCE; PREJUDICIAL | RADERS V. FRANTZ, DEPOSITION OF M. FRANTZ, INDIVIDUALLY, EXHIBIT 8 |
| 50 | | | | FOUNDATION | RADERS V. FRANTZ, DEPOSITION TRANSCRIPT – M. FRANTZ, 30(B)(6) |
| 51 | | | | NONE | RADERS V. FRANTZ, DEPOSITION OF M. FRANTZ, 30(B)(6), EXHIBIT 1 |
| 52 | | | | NONE | RADERS V. FRANTZ, DEPOSITION OF M. FRANTZ, 30(B)(6), EXHIBIT 2 |
| 53 | | | | NONE | RADERS V. FRANTZ, DEPOSITION OF M. FRANTZ, 30(B)(6), EXHIBIT 3 |
| 54 | | | | NONE | RADERS V. FRANTZ, DEPOSITION OF M. FRANTZ, 30(B)(6), EXHIBIT 4 |
| 55 | | | | FOUNDATION | RADERS V. FRANTZ, DEPOSITION TRANSCRIPT – S. FRANTZ |
| 56 | | | | NONE | RADERS V. FRANTZ, DEPOSITION OF S. FRANTZ. EXHIBIT 1 |
| 57 | | | | NONE | RADERS V. FRANTZ, DEPOSITION OF S. FRANTZ. EXHIBIT 2 |
| 58 | | | | NONE | RADERS V. FRANTZ, DEPOSITION OF S. FRANTZ. EXHIBIT 3 |
| 59 | | | | RELEVANCE; PREJUDICIAL; | RADERS V. FRANTZ, DEPOSITION OF S. FRANTZ. |

|  |  |  |  |  | EXHIBIT 4 |
|---|---|---|---|---|---|
| 60 |  |  |  | NONE | FIRST REQUEST TO PRODUCE TO DEFENDANTS |
| 61 |  |  |  | NONE | DEFENDANTS' RESPONSE TO FIRST REQUEST TO PRODUCE |
| 62 |  |  |  | NONE | DEFENDANTS' SUPPLEMENTAL RESPONSE TO FIRST REQUEST TO PRODUCE |
| 63 |  |  |  | NONE | PLAINTIFF'S SUPPLEMENTAL REQUEST TO PRODUCE |
| 64 |  |  |  | NONE | DEFENDANTS' RESPONSE TO SUPPLEMENTAL REQUEST TO PRODUCE |
| 65 |  |  |  | NONE | DEFENDANTS' RESPONSE TO FIRST REQUEST TO PRODUCE 1 OF 4 |
| 66 |  |  |  | NONE | DEFENDANTS' RESPONSE TO FIRST REQUEST TO PRODUCE 2 OF 4 |
| 67 |  |  |  | NONE | DEFENDANTS' RESPONSE TO FIRST REQUEST TO PRODUCE 3 OF 4 |
| 68 |  |  |  | NONE | DEFENDANTS' RESPONSE TO FIRST REQUEST TO PRODUCE 4 OF 4 |
| 69 |  |  |  | NONE | DEFENDANTS' RESPONSE TO SUPPLEMENTAL REQUEST TO PRODUCE MFJB 01-253; MFJB 254-262 |
| 70 |  |  |  | NONE | DEFENDANTS SECOND SUPPLEMENTAL RESPONSE TO FIRST REQUEST TO PRODUCE MFJB 265-622; MFJB 623-698 |
| 71 |  |  |  | NONE | EMAILS AND TEXT MESSAGES (BATES NO. 1-388) |
| 72 |  |  |  | NONE | IRA LIQUIDATION 316 1 |
| 73 |  |  |  | NONE | IRA LIQUIDATION 316 2 |
| 74 |  |  |  | NONE | IRA LIQUIDATION 316 3 |
| 75 |  |  |  | NONE | IRA LIQUIDATION 316 4 |
| 76 |  |  |  | NONE | IRA LIQUIDATION 316 5 |
| 77 |  |  |  | FOUNDATION; RELEVANCE; PREJUDICIAL | FRANTZ OUTSIDE LAWSUIT REPORT, WOLZ CORPORATE USA 7/13/2017 |

| | | | | | |
|---|---|---|---|---|---|
| 78 | | | | RELEVANCE; PREJUDICIAL | DOCKET SHEET OF OUTSIDE LITIGATION; U.S. DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS (HAMMANN MATTER) |
| 79 | | | | NONE | MATERIALS RECEIVED IN RESPONSE TO SUBPOENA ISSUED TO STEVE GORDON |
| 80 | | | | NONE | MATERIALS RECEIVED IN RESPONSE TO SUBPOENA ISSUED TO MUNDROVICH ARCHITECTS |
| 81 | | | | NONE | MATERIALS RECEIVED IN RESPONSE TO SUBPOENA ISSUED TO KPH CONSTRUCTION |
| 82 | | | | NONE | MATERIALS RECEIVED IN RESPONSE TO SUBPOENA ISSUED TO JD VENTURES, LLC |
| 83 | | | | NONE | MATERIALS RECEIVED IN RESPONSE TO SUBPOENA ISSUED TO IOWA ECONOMIC DEVELOPMENT AUTHORITY |
| 84 | | | | NONE | MATERIALS RECEIVED IN RESPONSE TO SUBPOENA ISSUED TO CHASE BANK – JP MORGAN |
| 85 | | | | NONE | MATERIALS RECEIVED IN RESPONSE TO SUBPOENA ISSUED TO DOCTOR GROUP |
| 86 | | | | NONE | MATERIALS RECEIVED IN RESPONSE TO SUBPOENA ISSUED TO CITY OF WAUSAU |
| 87 | | | | NONE | MATERIALS RECEIVED IN RESPONSE TO SUBPOENA ISSUED TO BANK OF AMERICA |
| 88 | | | | NONE | DECLARATION OF J. RADERS – FILED IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| 89 | | | | RELEVANCE; PREJUDICIAL | WSAU ARTICLE "FRANTZ OFFICIAL OUT AS RIVERLIFE DEVELOPER", SEPTEMBER 12, 2018 |
| 90 | | | | NONE | DECLARATION OF JAMES L. RADERS IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION (DOC. |

|    |    |    |    |         |                                                                         |
|----|----|----|----|---------|-------------------------------------------------------------------------|
|    |    |    |    |         | # 18-1)                                                                 |
| 91 |    |    |    | NONE    | CONTRACT FOR THE MANSION (DOC. # 18-1, EX A)                            |
| 92 |    |    |    | NONE    | PRESS RELEASE (DOC. # 18-1, EX B)                                       |
| 93 |    |    |    | NONE    | COPY OF CHECK FROM FRANTZ VENTURES, LLC (DOC. # 18-1, EX C)             |
| 94 |    |    |    | HEARSAY | REDACTED EMAIL CHAIN REGARDING MANSION TRANSACTION (DOC. # 18-1, EX D)  |