

# EXHIBIT LIST

___ **PLAINTIFF**   _X_ **DEFENDANT**   _____ **JOINT**

___ **GOVERNMENT** ___ **COURT**

**CASE NO.**   6:18-CV-00711-PGB-EJK
**STYLE:**   RADERS, JAMES L. v. FRANTZ, MICHAEL, FRANTZ COMMUNITY INVESTORS, LLC AND FRANTZ VENTURES, LLC

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS[1] | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 1 | | | | NONE | CONFIRMATION OF FUNDING BY WIRE TRANSFER |
| 2 | | | | NONE | FORM OF PROMISSORY NOTE |
| 3 | | | | NONE | REDACTED FRANTZ FINANCIAL STATEMENT |
| 4 | | | | NONE | INVESTMENT AGREEMENT |
| 5 | | | | NONE | BANK STATEMENT FRANTZ VENTURES, LLC 21186 |
| 6 | | | | NONE | BANK STATEMENT THREE FORWARDS D/B/A FRANTZ HOBART 21426 |
| 7 | | | | NONE | DEFENDANTS' RESPONSE TO SUPPLEMENTAL REQUEST TO PRODUCE MFJB 01-253; MFJB 254-262 |
| 8 | | | | NONE | DEFENDANTS SECOND SUPPLEMENTAL RESPONSE TO FIRST REQUEST TO PRODUCE MFJB 265-622; MFJB 623-698 |
| 9 | | | | NONE | EMAILS AND TEXT MESSAGES (BATES NO. 1-388) |
| 10 | | | | NONE | MATERIALS RECEIVED IN RESPONSE TO SUBPOENA ISSUED TO STEVE GORDON |

---

[1] Use a code (e.g. "A" or "*") in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.

**Exhibit 3**

| | | | | | |
|---|---|---|---|---|---|
| 11 | | | | NONE | **MATERIALS RECEIVED IN RESPONSE TO SUBPOENA ISSUED TO MUNDROVICH ARCHITECTS** |
| 12 | | | | NONE | **MATERIALS RECEIVED IN RESPONSE TO SUBPOENA ISSUED TO KPH CONSTRUCTION** |
| 13 | | | | NONE | **MATERIALS RECEIVED IN RESPONSE TO SUBPOENA ISSUED TO JD VENTURES, LLC** |
| 14 | | | | NONE | **MATERIALS RECEIVED IN RESPONSE TO SUBPOENA ISSUED TO IOWA ECONOMIC DEVELOPMENT AUTHORITY** |
| 15 | | | | NONE | **MATERIALS RECEIVED IN RESPONSE TO SUBPOENA ISSUED TO CHASE BANK – JP MORGAN** |
| 16 | | | | NONE | **MATERIALS RECEIVED IN RESPONSE TO SUBPOENA ISSUED TO DOCTOR GROUP** |
| 17 | | | | NONE | **MATERIALS RECEIVED IN RESPONSE TO SUBPOENA ISSUED TO CITY OF WAUSAU** |
| 18 | | | | NONE | **MATERIALS RECEIVED IN RESPONSE TO SUBPOENA ISSUED TO BANK OF AMERICA** |
| 19 | | | | NONE | **DECLARATION OF J. RADERS – FILED IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| 20 | | | | NONE | **DECLARATION OF JAMES L. RADERS IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION (DOC. # 18-1)** |
| 21 | | | | NONE | **CONTRACT FOR THE MANSION (DOC. # 18-1, EX A)** |
| 22 | | | | NONE | **OPERATING AGREEMENT OF FRANTZ VENTURES, LLC (DOC. #66-7)** |
| 23 | | | | NONE | **IOWA SECRETARY OF STATE – FRANTZ VENTURES, LLC (DOC. #66-8)** |
| 24 | | | | F.R.E. 401, 403 | **FCI INVESTOR LETTER (MFJB 000263-264)** |

| | | | | | |
|---|---|---|---|---|---|
| 25 | | | | NONE | **DEPOSITION OF JAMES RADERS (8/18/2021)** |
| 26 | | | | **F.R.E. 401, 403, 901** | **ENGAGEMENT AGREEMENT – RSM AND RADERS (3/5/2016) (D000001-11)** |
| 27 | | | | **F.R.E. 401, 403** | **COMPLAINT – RADERS V. PRICE – CASE NO. 3:19-CV-00063, US DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA** |
| 28 | | | | **F.R.E. 401, 403** | **SECOND AMENDED PETITION – RADERS V. PRICE, IOWA DISTRICT COURT FOR JOHNSON COUNTY** |
| 29 | | | | **F.R.E. 401, 403, 801, 901** | **DEAN PRICE PRODUCTION TEXT MESSAGES (1-175)** |
| 30 | | | | **F.R.E. 401, 403, 801, 901** | **DEAN PRICE PRODUCTION: D000012-4631** |
| | | | | | |
| | | | | | |
| | | | | | |