87113-5/13182995

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

JAMES L. RADERS,                       CASE NO. 6:18-cv-00711-PGB-EJK

    Plaintiff,

vs.

MICHAEL FRANTZ, FRANTZ
COMMUNITY INVESTORS, LLC, and
FRANTZ VENTURES, LLC,

    Defendants.
_____/

**PLAINTIFF'S MAY CALL WITNESS LIST**

| No. | Witness List – B (May Call) | Purpose |
|---|---|---|
| 1. | Representative on behalf of Barker Financial, LLC<br>114 ½ E. College Avenue<br>Iowa City, IA 52240<br>Liability and Damages | Fact witness |
| 2. | Gregory and/or Carol Hammann<br>36800 River Court Point<br>Bellevue, IA 52031<br>Liability and Damages | Fact witness |
| 3. | Representative of Historical Buildings of Iowa, LLC<br>c/o Thomas Maxwell, Esquire<br>Leff Law Firm, LLP<br>222 S. Linn Street<br>Iowa City, IA 52240<br>Liability and Damages | Fact witness |
| 4. | Kirstin LaFave<br>921 Fox Glenn Drive | Fact witness |

Exhibit 4

|    |                                           |              |
|----|-------------------------------------------|--------------|
|    | Saint Charles, IL 60174                   |              |
|    | Liability and Damages                     |              |
| 5. | Representative of Spring Haven, LLC       | Fact witness |
|    | c/o Pugh Hagan Praham PLC                 |              |
|    | 425 E. Oakdale Blvd., # 201               |              |
|    | Coralville, IA 52241                      |              |
|    | Liability and Damages                     |              |
| 6. | Dean DiGiacinto                           | Fact witness |
|    | 1218 E. New Haven Avenue                  |              |
|    | Melbourne, FL 32901                       |              |
|    | Liability and Damages                     |              |
| 7. | Tom Frantz                                | Fact witness |
|    | c/o Defendant's Counsel                   |              |
|    | 1881 Lee Road                             |              |
|    | Winter Park, FL 32789                     |              |
|    | 33 West Monroe Street, Suite 2700         |              |
|    | Chicago, Illinois 60603                   |              |
|    | Liability and Damages                     |              |

Plaintiff reserves the right to call any and all witnesses listed by any party of this lawsuit.

Plaintiff reserves the right to amend and/or supplement this Witness List as needed, at any time in the future.

Dated this 20th day of December, 2021.

                Respectfully submitted,

                */s/ Krista N. Cammack*
                Krista N. Cammack, Esquire (104718)
                KCammack@wickersmith.com
                Peter Bartoszek (1015519)
                pbartoszek@wickersmith.com
                WICKER SMITH O'HARA
                McCOY & FORD, P.A.
                390 N. Orange Ave., Suite 1000

        Orlando, FL 32801
        Telephone:  (407) 843-3939
        Facsimile:   (407) 649-8118
        Attorneys for James L. Raders

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that I have filed the foregoing with the Clerk of Court via CM/ECF on this 20th day of December, 2021, which will send a notice of electronic filing to all counsel of record.

        */s/ Krista N. Cammack*
        Krista N. Cammack, Esquire