87113-5/13182995

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JAMES L. RADERS,   CASE NO. 6:18-cv-00711-PGB-EJK

    Plaintiff,

vs.

MICHAEL FRANTZ, FRANTZ
COMMUNITY INVESTORS, LLC, and
FRANTZ VENTURES, LLC,

    Defendants.
_____/

## PLAINTIFF'S WILL CALL WITNESS LIST

| No. | Witness List – A (Will Call) | Purpose |
|---|---|---|
| 1. | James L. Raders<br>c/o Wicker Smith O'Hara McCoy & Ford, P.A.<br>390 N. Orange Avenue, Suite 1000<br>Orlando, Florida 32801<br>Liability and Damages | Plaintiff |
| 2. | Michael Frantz<br>c/o Defendant's Counsel<br>1881 Lee Road<br>Winter Park, FL 32789<br>33 West Monroe Street, Suite 2700<br>Chicago, Illinois 60603<br>Liability and Damages | Defendant |
| 3. | Susan Frantz<br>1784 Brushhill Lane<br>Glenview, Illinois 60025<br>Liability and Damages<br>**By Deposition Designation** | Fact Witness |

Exhibit 5

| | | |
|---|---|---|
| 4. | Shari L. Lutz, CPA/CFF, ASA<br>Shari Lutz & Associates, LLC<br>4610 S. Ulster Street, Suite 150<br>Denver, CO 80237 | Expert Witness |

Plaintiff reserves the right to call any and all witnesses listed by any party of this lawsuit.

Plaintiff reserves the right to amend and/or supplement this Witness List as needed, at any time in the future.

Dated this 20th day of December, 2021.

                              Respectfully submitted,

                              */s/ Krista N. Cammack*
                              Krista N. Cammack, Esquire (104718)
                              KCammack@wickersmith.com
                              Peter Bartoszek (1015519)
                              pbartoszek@wickersmith.com
                              WICKER SMITH O'HARA
                                McCOY & FORD, P.A.
                              390 N. Orange Ave., Suite 1000
                              Orlando, FL 32801
                              Telephone:  (407) 843-3939
                              Facsimile:   (407) 649-8118
                              Attorneys for James L. Raders

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have filed the foregoing with the Clerk of Court via CM/ECF on this 20th day of December, 2021, which will send a notice of electronic filing to all counsel of record.

/s/ *Krista N. Cammack*
Krista N. Cammack, Esquire