UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES L. RADERS,

    Plaintiff,

vs.

CASE NO. 6:18-cv-00711-PGB-EJK

MICHAEL FRANTZ, FRANTZ COMMUNITY INVESTORS, LLC, and FRANTZ VENTURES, LLC,

    Defendants.
_____/

**DEFENDANTS' MAY CALL WITNESS LIST**

| No. | Witness List – A (Will Call) | Purpose |
|---|---|---|
| 1 | Dean Price<br>c/o Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Liability and Damages | Fact Witness |
| 2 | Andy Frantz<br>5071 Cooper Creek Drive<br>Pleasant Hill, IA 50327<br>Liability and Damages | Fact Witness |
| 3 | Dick Evans<br>11 Buena Drive<br>Iowa City, IA 52245<br>Liability and Damages | Fact Witness |
| 4 | David Dutton<br>Dutton, Daniels, Hines, Kalkhoff, Cook & Swanson, PLC<br>3151 Brockway Road<br>P.O. Box 810<br>Waterloo, IA 50704<br>Liability and Damages | Fact Witness |
| 5 | Joshua Moon<br>Dutton, Daniels, Hines, Kalkhoff, Cook & Swanson, PLC<br>3151 Brockway Road<br>P.O. Box 810<br>Waterloo, IA 50704<br>Liability and Damages | Fact Witness |
| 6 | Erich Priebe | Fact Witness |

Exhibit 6

|    |                                                                                                                                                 |              |
|----|-------------------------------------------------------------------------------------------------------------------------------------------------|--------------|
|    | Dutton, Daniels, Hines, Kalkhoff, Cook & Swanson, PLC<br>3151 Brockway Road<br>P.O. Box 810<br>Waterloo, IA 50704<br>Liability and Damages      |              |
| 7  | Bruce Braun<br>Sidley Austin, LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Liability and Damages                                           | Fact Witness |
| 8  | Benjamin Brunner<br>Sidley Austin, LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Liability and Damages                                      | Fact Witness |
| 9  | Bradley Tucker<br>Sidley Austin, LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Liability and Damages                                        | Fact Witness |
| 10 | Kevin Visser<br>Simmons Perrine Moyer Bergman PLC<br>115 3rd Street, Suite 1200<br>Cedar Rapids, IA 52401<br>Liability and Damages         | Fact Witness |
| 11 | Representative on behalf of Barker Financial, LLC<br>114 $^{1}/_{2}$ E. College Avenue<br>Iowa City, IA 52240<br>Liability and Damages          | Fact witness |
| 12 | Beth Simpson and/or Thomas Simpson<br>c/o Thomas Maxwell, Esquire<br>Leff Law Firm, LLP<br>222 S. Linn Street<br>Iowa City, IA 52240<br>Liability and Damages | Fact witness |
| 13 | Daniel Olney<br>c/o Thomas Maxwell, Esquire<br>Leff Law Firm, LLP<br>222 S. Linn Street<br>Iowa City, IA 52240<br>Liability and Damages         | Fact witness |
| 14 | Dwayne Capper<br>c/o Thomas Maxwell, Esquire<br>Leff Law Firm, LLP<br>222 S. Linn Street<br>Iowa City, IA 52240                                 | Fact witness |

|    |                                                                                                                                                 |              |
|----|-------------------------------------------------------------------------------------------------------------------------------------------------|--------------|
|    | Liability and Damages                                                                                                                           |              |
| 15 | Representative of Eye-Cap, LLC<br>601 N. Phillips Avenue, Suite 415<br>Sioux Falls, SD 57104                                                     | Fact witness |
| 16 | Gregory and/or Carol Hammann<br>36800 River Court Point<br>Bellevue, IA 52031<br>Liability and Damages                                           | Fact witness |
| 17 | Representative of Guru of Luxury<br>Contact information unknown<br>Liability Damages                                                             | Fact witness |
| 18 | Representative of Historical Buildings of Iowa, LLC<br>c/o Thomas Maxwell, Esquire<br>Leff Law Firm, LLP<br>222 S. Linn Street<br>Iowa City, IA 52240<br>Liability and Damages | Fact witness |
| 19 | Jason Sharkey<br>6361 N. Lake Drive<br>Whitefish Bay, WI 53217<br>Liability and Damages                                                          | Fact witness |
| 20 | Representative of JD Ventures, LLC<br>4330 Greenwood Drive<br>Des Moines, IA 50312<br>Liability and Damages                                      | Fact witness |
| 21 | Doug Reichert<br>Contact information unknown<br>Liability and Damages                                                                            | Fact witness |
| 22 | Jeremy Vos<br>c/o Thomas Maxwell, Esquire<br>Leff Law Firm, LLP<br>222 S. Linn Street<br>Iowa City, IA 52240<br>Liability and Damages            | Fact witness |
| 23 | Kent Pilcher<br>131 W. 2nd Street, Suite 400<br>Davenport, IA 52801<br>Liability and Damages                                                     | Fact witness |
| 24 | Kirstein LaFave<br>921 Fox Glenn Drive<br>Saint Charles, IL 60174<br>Liability and Damages                                                       | Fact witness |
| 25 | Larry Brown<br>956 Scott Park Avenue<br>Iowa City, IA 52245<br>Liability and Damages                                                             | Fact witness |

| | | |
|---|---|---|
| 26 | Mudrovich Architects<br>300 Third Street, #304<br>Wausau, WI 54403<br>Liability and Damages | Fact witness |
| 27 | Representative of Spring Haven, LLC<br>c/o Pugh Hagan Praham PLC<br>425 E. Oakdale Blvd., # 201<br>Coralville, IA 52241<br>Liability and Damages | Fact witness |
| 28 | Steve Gordon<br>2871 Heinz Road, Suite B<br>Iowa City, IA 52240<br>Liability and Damages | Fact witness |
| 29 | The Samuels Group, Inc.<br>c/o Albert Bianchi, Jr., Esq.<br>Michael Best Friedrich, LLP<br>1 South Pickney Way, #700<br>Madison, WI 53703 | Fact witness |
| 30 | Representative for Top Notch Plumbing Heating & Electrical<br>11420 Dander Street<br>Galena, IL 61036<br>Liability and Damages | Fact witness |
| 31 | Representative of City of Wausau<br>407 Grant Street<br>Wausau, WI 54403<br>Liability and Damages | Fact witness |
| 32 | Representative of KPH Construction<br>1237 W. Bruce Street<br>Milwaukee, WI 53204<br>Liability and Damages | Fact witness |
| 33 | Representative of the Iowa Economic Development Authority<br>1963 Bell Avenue<br>Des Moines, IA 50315<br>Liability and Damages | Fact witness |
| 34 | Representatives for the City of Fort Madison, Iowa<br>811 Avenue E<br>Fort Madison, IA 52627<br>Liability and Damages | Fact witness |
| 35 | Jim Farrish<br>Contact Information Unknown<br>Liability and Damages | Fact witness |
| 36 | Dean DiGiacinto<br>1218 E. New Haven Avenue<br>Melbourne, FL 32901<br>Liability and Damages | Fact witness |

      Defendants reserve the right to call any and all witnesses listed by any party of this lawsuit. Defendants reserve the right to amend and/or supplement this Witness List as needed, at any time in the future.

Dated this 10th day of December, 2021.

*Attorneys for Michael Frantz; Frantz Community Investors, LLC; and Frantz Ventures, LLC*

| | |
|---|---|
| /s/ *Barry W. Rigby* | /s/ *Mark D. Belongia* |
| Barry W. Rigby, Esquire | Mark D. Belongia, Esquire |
| Florida Bar No. 0613770 | *Pro Hac Vice* |
| barryrigbylaw@gmail.com | belongiam@jbltd.com |
| LAW OFFICES OF BARRY RIGBY, P.A. | JOHNSON & BELL |
| 1881 Lee Road | 33 W. Monroe Street, Suite 3700 |
| Winter Park, FL 32789-2102 | Chicago, IL 60603-5404 |
| Phone: (407) 650-1985 | Phone: (312) 370-0770 |
| Fax: (407) 386-6150 | Fax: (312) 372-9818 |