UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES L. RADERS,

    Plaintiff,

vs.                                             CASE NO. 6:18-cv-00711-PGB-EJK

MICHAEL FRANTZ, FRANTZ COMMUNITY
INVESTORS, LLC, and FRANTZ VENTURES,
LLC,

    Defendants.
_____/

**DEFENDANTS' WILL CALL WITNESS LIST**

| No. | Witness List – A (Will Call) | Purpose |
|---|---|---|
| 1 | Michael Frantz<br>c/o Defendant's Counsel<br>1881 Lee Road<br>Winter Park, FL 32789<br>33 West Monroe Street, Suite 2700<br>Chicago, Illinois 60603<br>Liability and Damages | Defendant |
| 2 | James L. Raders<br>c/o Wicker Smith O'Hara McCoy & Ford, P.A.<br>390 N. Orange Avenue, Suite 1000<br>Orlando, Florida 32801<br>Liability and Damages | Plaintiff |
| 3 | Tom Frantz<br>3077 Deerfield Drive NE<br>Swisher, IA 52338<br>Liability and Damages | Fact Witness |
| 4 | Keith Herenda<br>1825 Old Oak Court<br>Brookfield, WI 53005<br>Liability and Damages | Fact Witness |

    Defendants reserve the right to call any and all witnesses listed by any party of this lawsuit. Defendants reserve the right to amend and/or supplement this Witness List as needed, at any time in the future.

Exhibit 7

Dated this 10th day of December, 2021.

*Attorneys for Michael Frantz; Frantz Community Investors, LLC; and Frantz Ventures, LLC*

| | |
|---|---|
| /s/ Barry W. Rigby | /s/ Mark D. Belongia |
| Barry W. Rigby, Esquire | Mark D. Belongia, Esquire |
| Florida Bar No. 0613770 | *Pro Hac Vice* |
| barryrigbylaw@gmail.com | belongiam@jbltd.com |
| LAW OFFICES OF BARRY RIGBY, P.A. | JOHNSON & BELL |
| 1881 Lee Road | 33 W. Monroe Street, Suite 3700 |
| Winter Park, FL 32789-2102 | Chicago, IL 60603-5404 |
| Phone: (407) 650-1985 | Phone: (312) 370-0770 |
| Fax: (407) 386-6150 | Fax: (312) 372-9818 |