UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES L. RADERS,            CASE NO. 6:18-cv-00711-PGB-EJK

    Plaintiff,

vs.

MICHAEL FRANTZ, FRANTZ
COMMUNITY INVESTORS, LLC, and
FRANTZ VENTURES, LLC,

    Defendants.
_____/

## PLAINTIFF'S DEPOSITION DESIGNATION

Plaintiff, James Raders, by and through his undersigned counsel hereby serves his Deposition Designation, stating as follows:

**Susan Frantz**

6:20-22
7:8-9; 13-16
11:22-12:7
12:12-16
12:21-25
13:3-8
14:13-15
14:25-15:7
16:6-8
18:14-16; 20-22
19:2-3
19:14-20-9
20:15-20
22:7-15
22:21-23:20
23:24-24:1

Exhibit 8

24:5-13; 15-23
25:16-25
26:8-13; 22-24
27:1-6
27:21-28:12
28:15-18
25:21-29:9
29:11-12
30:6-7; 20-24
31:3-6
31:10-32:11
32:17-22
33:1-4; 8-13; 18-19
36:17-37:10
38:16-39:6
39:13-15
40:18-41:6
41:20-42:2
42:16-17
42:23-43:1
43:15-16
44:5-6; 10-22
44:25-45:1
45:4
46:2-8; 11-16
46:22-47:1
47:17-20
47:23-48:2
48:19-21
50:7-17
50:20-51:3
51:12-14
52:8-10; 19-20; 23
53:2-7; 9-12
54:12-22
55:8-14
56:18-19
56:22-57:1
57:12-16
57:19-59:1

59:9-60:1
60:2-21
61:25-62:15
62:22-63:9
63:13-19
64:17-22
64:25-65:3
65:5-7
67:1-2; 5-7; 16-22
68:3-9
69:15-70:11

Dated:        December 20, 2021

        Respectfully submitted,

        /s/ Krista N. Cammack
        Krista N. Cammack, Esquire (104718)
        kcammack@wickersmith.com
        Peter Bartoszek (1015519)
        pbartoszek@wickersmith.com
        WICKER SMITH O'HARA McCOY & FORD, P.A.
        *Attorneys for James L. Raders*
        390 N. Orange Ave., Suite 1000
        Orlando, FL 32801
        Phone: (407) 843-3939

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2021, I electronically filed the foregoing with the Clerk of the Courts by using the ECF system, which will send a notice of electronic filing to all counsel of record.

        /s/ Krista N. Cammack