UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES L. RADERS,

    Plaintiff,

vs.                                    CASE NO. 6:18-cv-00711-PGB-EJK

MICHAEL FRANTZ, FRANTZ COMMUNITY
INVESTORS, LLC, and FRANTZ VENTURES,
LLC,

    Defendants.
_____/

**DEFENDANTS' DEPOSITION DESIGNATIONS FOR
DEPOSITION OF SUSAN FRANTZ (8/20/2021)**

| Designation | Objection | Response |
|---|---|---|
| Page 42, line 23 to Page 44, line 24 | | |
| Page 53, line 13 to Page 54, line 1 | | |

Exhibit 9