UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES L. RADERS,   CASE NO. 6:18-cv-00711-PGB-EJK

    Plaintiff,

vs.

MICHAEL FRANTZ, FRANTZ
COMMUNITY INVESTORS, LLC, and
FRANTZ VENTURES, LLC,

    Defendants.
_____/

## PARTIES' PROPOSED VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Court's Charge.

We, the jury, answer the questions submitted to us as follows:

Exhibit 11

## Fraud in the Inducement

1. Did Defendants make a false statement of material fact or fail to disclose a material fact that more likely than not influenced Plaintiff into transferring money to Defendants?

   | | | |
   |---|---|---|
   | Michael Frantz | Yes_____ | No _____ |
   | Frantz Community Investors, LLC | Yes_____ | No _____ |
   | Frantz Ventures, LLC | Yes_____ | No _____ |

   If your answer to question 1 is NO as to a Defendant(s), then your verdict is for that Defendant(s), and you should not proceed further on this Count as to that Defendant(s). If your answer to question 1 is YES as to a Defendant(s), please answer question 2 as to that Defendant(s).

2. Did Defendants know that the representation was false or make the representation knowing that they did not know whether it was true or false or know that the omitted information was material to Plaintiff's decision to transfer money to Defendants?

   | | | |
   |---|---|---|
   | Michael Frantz | Yes_____ | No _____ |
   | Frantz Community Investors, LLC | Yes_____ | No _____ |
   | Frantz Ventures, LLC | Yes_____ | No _____ |

   If your answer to question 2 is NO as to a Defendant(s), then your verdict is for that Defendant(s), and you should not proceed further on this Count as to that Defendant(s). If your answer to question 2 is YES as to a Defendant(s), please answer question 3 as to that Defendant(s).

3. Did Defendants make the representation (or omit material information) for the purpose of inducing Plaintiff into providing money to Defendants?

    Michael Frantz                                  Yes_____      No _____

    Frantz Community Investors, LLC     Yes_____      No _____

    Frantz Ventures, LLC                     Yes_____      No _____

If your answer to question 3 is NO as to a Defendant(s), then your verdict is for that Defendant(s), and you should not proceed further on this Count as to that Defendant(s). If your answer to question 3 is YES as to a Defendant(s), please answer question 4 as to that Defendant(s).

4. Did Plaintiff provide money to Defendants in reliance on the representations from Defendants or without the understanding of the material information Defendants failed to disclose to Plaintiff?

    Michael Frantz                                  Yes_____      No _____

    Frantz Community Investors, LLC     Yes_____      No _____

    Frantz Ventures, LLC                     Yes_____      No _____

If your answer to question 4 is NO as to a Defendant(s), then your verdict is for that Defendant(s). If your answer to question 4 is YES as to a Defendant(s), then your verdict on this Count as to that Defendant(s) is for Plaintiff.

## **Damages**

If you reached a Plaintiff verdict for Count I, what damages should be imposed against Defendants?

Against Michael Frantz                                    _____

Against Frantz Community Investors, LLC   _____

Against Frantz Ventures, LLC                        _____

## **Breach of Contract**

1. Did Plaintiff and Defendants Frantz and Frantz Community Investors, LLC enter into a contract: the Investment Agreement?

    Michael Frantz                                    Yes_____    No   _____

    Frantz Community Investors, LLC    Yes_____    No   _____

    If your answer to question 1 is NO as to a Defendant(s), then your verdict is for that Defendant(s), and you should not proceed further on this Count as to that Defendant(s).  If your answer to question 1 is YES as to a Defendant(s), please answer question 2 as to that Defendant(s).

    **Defendants' Proposed Breach of Contract Number 2; Plaintiff does not agree**

2. Did Plaintiff do all of the essential things which the Investment Agreement required him to do**?**

    Michael Frantz                                    Yes_____    No   _____

    Frantz Community Investors, LLC    Yes_____    No   _____

    If your answer to question 2 is NO, then your verdict is for Defendants, and you should not proceed further on this Count.  If your answer to question 2 is YES, please answer question 3.

3. Did Defendants do all of the essential things which the Investment Agreement required them to do**?**

    Michael Frantz                                    Yes_____    No   _____

    Frantz Community Investors, LLC    Yes_____    No   _____

If your answer to question 3 is Yes as to a Defendant(s), then your verdict is for that Defendant(s), and you should not proceed further on this Count as to that Defendant(s).  If your answer to question 3 is NO as to a Defendant(s), please answer question 4 as to that Defendant(s).

4. Was Plaintiff damaged by Defendant(s)' failure to do all of the essential things which the Investment Agreement required them to do?

   Michael Frantz                           Yes_____      No  _____

   Frantz Community Investors, LLC          Yes_____      No  _____

If your answer to question 4 is NO as to a Defendant(s), then your verdict is for that Defendant(s).  If your answer to question 4 is YES as to a Defendant(s), then your verdict on this Count as to that Defendant(s) is for Plaintiff.

## **Damages**

If you reached a Plaintiff verdict for Count II, what damages should be imposed against Defendants?

   Against Michael Frantz                              _____

   Against Frantz Community Investors, LLC   _____

   Against Frantz Ventures, LLC                        _____

## **Conversion**

1. Did Plaintiff demonstrate that he provided Defendants with a specific and identifiable amount money

    Michael Frantz                                Yes_____      No    _____

    Frantz Community Investors, LLC       Yes_____      No    _____

    Frantz Ventures, LLC                         Yes_____      No    _____

If your answer to question 1 is NO as to a Defendant(s), then your verdict is for that Defendant(s), and you should not proceed further on this Count as to that Defendant(s).  If your answer to question 1 is YES as to a Defendant(s), please answer question 2 as to that Defendant(s).

2. Did Plaintiff demonstrate that the money so delivered was his money that he had the rights to (including the right to demand return of and immediate right to possess the money at issue)?

    Michael Frantz                                Yes_____      No    _____

    Frantz Community Investors, LLC       Yes_____      No    _____

    Frantz Ventures, LLC                         Yes_____      No    _____

If your answer to question 2 is NO as to a Defendant(s), then your verdict is for that Defendant(s), and you should not proceed further on this Count as to that Defendant(s).  If your answer to question 2 is YES as to a Defendant(s), please answer question 3 as to that Defendant(s).

3. Did Plaintiff demonstrate Defendants' unauthorized act deprived Plaintiff of the return and/or use of money at issue?

   Michael Frantz                           Yes_____   No  _____

   Frantz Community Investors, LLC          Yes_____   No  _____

   Frantz Ventures, LLC                     Yes_____   No  _____

If your answer to question 3 is NO as to a Defendant(s), then your verdict is for that Defendant(s), and you should not proceed further on this Count as to that Defendant(s).  If your answer to question 3 is YES as to a Defendant(s), please answer question 4 as to that Defendant(s).

4. Did Plaintiff demonstrate that he made a demand for return of the money and that Defendants refused to return the money?

   Michael Frantz                           Yes_____   No  _____

   Frantz Community Investors, LLC          Yes_____   No  _____

   Frantz Ventures, LLC                     Yes_____   No  _____

If your answer to question 4 is NO as to a Defendant(s), then your verdict is for that Defendant(s).  If your answer to question 4 is YES as to a Defendant(s), then your verdict on this Count as to that Defendant(s) is for Plaintiff.

## **Damages**

If you reached a Plaintiff verdict for Count III, what damages should be imposed against Defendants?

Against Michael Frantz                                   _____

Against Frantz Community Investors, LLC   _____

Against Frantz Ventures, LLC   _____

## Unjust Enrichment

1. Did Plaintiff confer a benefit on the Defendants by delivering the money to Defendants?

    Michael Frantz                               Yes_____   No   _____

    Frantz Community Investors, LLC   Yes_____   No   _____

    Frantz Ventures, LLC                      Yes_____   No   _____

If your answer to question 1 is NO as to a Defendant(s), then your verdict is for that Defendant(s), and you should not proceed further on this Count as to that Defendant(s).  If your answer to question 1 is YES as to a Defendant(s), please answer question 2 as to that Defendant(s).

2. Did Defendants have knowledge of the benefit when Defendants use Plaintiff's money?

    Michael Frantz                               Yes_____   No   _____

    Frantz Community Investors, LLC   Yes_____   No   _____

    Frantz Ventures, LLC                      Yes_____   No   _____

If your answer to question 2 is NO as to a Defendant(s), then your verdict is for that Defendant(s), and you should not proceed further on this Count as to that Defendant(s).  If your answer to question 2 is YES as to a Defendant(s), please answer question 3 as to that Defendant(s).

3. Did Defendants accept or retain the money and the benefit conferred?

    Michael Frantz                                    Yes_____      No  _____

    Frantz Community Investors, LLC      Yes_____      No  _____

    Frantz Ventures, LLC                      Yes_____      No  _____

If your answer to question 3 is NO as to a Defendant(s), then your verdict is for that Defendant(s), and you should not proceed further on this Count as to that Defendant(s).  If your answer to question 3 is YES as to a Defendant(s), please answer question 4 as to that Defendant(s).

4. Were the circumstances such that it would be inequitable for Defendants to retain the benefit of the money so used without paying fair value for it?

    Michael Frantz                                    Yes_____      No  _____

    Frantz Community Investors, LLC      Yes_____      No  _____

    Frantz Ventures, LLC                      Yes_____      No  _____

If your answer to question 4 is NO as to a Defendant(s), then your verdict is for that Defendant(s).  If your answer to question 4 is YES as to a Defendant(s), then your verdict on this Count as to that Defendant(s) is for Plaintiff.

### **Damages**

If you reached a Plaintiff verdict for Count IV, what damages should be imposed against Defendants?

    Against Michael Frantz                            _____

    Against Frantz Community Investors, LLC   _____

Against Frantz Ventures, LLC             _____

## Civil Theft

1. Did Plaintiff prove, by clear and convincing evidence, that Defendants knowingly obtained or used the money at issue with the intent to either temporarily or permanently deprive Plaintiff of a right to the money or the benefit from the money or did Defendants appropriate the money to his or her own use or to the use of any person not entitled to the use of the money?

Michael Frantz                            Yes_____    No  _____

Frantz Community Investors, LLC           Yes_____    No  _____

Frantz Ventures, LLC                      Yes_____    No  _____

If your answer to question 1 is NO as to a Defendant(s), then your verdict is for that Defendant(s), and you should not proceed further on this Count as to that Defendant(s).  If your answer to question 1 is YES as to a Defendant(s), then your verdict as to that Defendant(s) is for Plaintiff on this Count.

## Damages

If you reached a Plaintiff verdict for Count V, what damages should be imposed against Defendants?

Against Michael Frantz                              _____

Against Frantz Community Investors, LLC   _____

Against Frantz Ventures, LLC                        _____

## **Piercing the Corporate Veil**

1.      Did Plaintiff prove that Michael Frantz dominated and controlled Frantz Ventures, LLC such that Frantz Ventures, LLC's separate identity was not sufficiently maintained?

      Yes     _____          No     _____

If your answer to question 1 is NO, then your verdict is for Defendants, and you should not proceed further on this Count.  If your answer to question 1 is YES, please answer question 2.

2.      Did Plaintiff prove that Michael Frantz dominated and controlled Frantz Ventures, LLC such that Frantz Ventures, LLC lacked an existence independent from Michael Frantz?

      Yes     _____          No     _____

If your answer to question 2 is NO, then your verdict is for Defendants, and you should not proceed further on this Count.  If your answer to question 2 is YES, please answer question 3.

3.      Did Plaintiff prove that the corporate form of Frantz Ventures, LLC was used for a fraudulent or improper purpose?

      Yes     _____          No     _____

If your answer to question 3 is NO, then your verdict is for Defendants, and you should not proceed further on this Count.  If your answer to question 3 is YES, please answer question 4.

4.  Did Plaintiff prove that the fraudulent or improper use of Frantz Ventures, LLC's corporate form, separate and apart from Defendant Michael Frantz, harmed Plaintiff?

   Yes _____           No   _____

If your answer to question 1 is NO, then your verdict is for Defendants, and you should not proceed further on this Count. If your answer to question 1 is YES, your verdict is for Plaintiff on this Count.

You are finished. Sign and date this Verdict form and inform the Court Security Officer that you have reached a verdict.

SO SAY WE ALL.

DATE: _____

Foreperson's Signature   _____