**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JAMES L. RADERS,                              CASE NO. 6:18-cv-00711-PGB-EJK

    Plaintiff,

vs.

MICHAEL FRANTZ, FRANTZ
COMMUNITY INVESTORS, LLC, and
FRANTZ VENTURES, LLC,

    Defendants.
_____/

**JOINT PROPOSED VOIR DIRE**

1. How long have you lived in Florida?

2. Do you rent or own?

3. What is your employment status?
   a. What is your current/most recent job?
   b. What is your current/most recent employer?
   c. How long have you been employed there?

4. Please indicate the highest level of education you have completed:
   a. If post high school, what was your area of study/major?

5. What is your current marital status?

6. What is your spouse/partner's current or most recent employment?

7. What are/were your parents' occupations?

8. Do you have children or stepchildren?
   a. What are their ages?
   b. Do they live with you, and, if so, how many live with you?

Exhibit 12

9. Have you ever had any prior jury service?
    a. If yes, was that service Civil or Criminal?
    b. How many times have you served?
    c. What did the case(s) involve?

10. Have you ever been a party to a lawsuit, in other words, have you ever sued someone or a business, or have you ever been sued?
    a. If so, what type of lawsuit?
    b. Were you the plaintiff or the defendant?
    c. How was the lawsuit resolved (for example, did it go to trial, did it settle, etc.)?
    d. Were you satisfied/dissatisfied with the resolution? Why?

11. Have any of your family members ever sued someone or a business or been sued?

12. Have you or any member of your family ever invested in or developed real estate?

13. Do you know James Raders?

14. Have you ever heard of James Raders?
    a. What have you heard?
    b. Do you have any positive or negative feelings about James Raders?

15. Have you heard of Michael Frantz?
    a. What have you heard?
    b. Do you have any positive or negative feelings about Michael Frantz?

16. Have you ever heard of Frantz Community Investors, LLC?
    a. What have you heard?
    b. Do you have any positive or negative feelings about Frantz Community Investors, LLC?

17. Have you heard of Frantz Ventures, LLC?
    a. What have you heard?
    b. Do you have any positive or negative feelings about Frantz Ventures, LLC?

18. Have you ever heard of Wicker Smith O'Hara McCoy & Ford, P.A.?
    a. What have you heard?
    b. Do you have any positive or negative feelings about Wicker Smith O'Hara McCoy & Ford, P.A.?

19. Have you heard of Johnson & Bell, Ltd.?
    a. What have you heard?
    b. Do you have any positive or negative feelings about Johnson & Bell, Ltd.?

20. Have you heard of the Law Offices of Barry Rigby, P.A.?
    a. What have you heard?
    b. Do you have any positive or negative feelings about Law Offices of Barry Rigby, P.A.?

21. Are you or anyone in your immediate family a lawyer?
    a. If so, what is their area of practice?

22. Have you ever hired a lawyer?
    a. Why did you decide to hire the lawyer?
    b. Were you satisfied with the assistance they provided?
    c. Why or why not?

23. Do you have any negative feelings about lawyers?

**Defendants' Proposed Voir Dire Number 24**

24. Have you ever made a financial investment that went poorly?
    a. If so, what kind of investment?
    b. Were you satisfied with the person who sold you or introduced you to the investment?
    c. Why or why not?