# EXHIBIT B

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JAMES L. RADERS,**

    **Plaintiff,**

v.                                                                      Case No. 6:18-cv-711-Orl-40TBS

**MICHAEL FRANTZ, FRANTZ
COMMUNITY INVESTORS, LLC, and
FRANTZ VENTURES, L.L.C.**

    **Defendants.**
_____/

**PLAINTIFF'S EXPERT DISCLOSURE**

Plaintiff, James L. Raders, by and through undersigned counsel, and pursuant to FED. R. CIV. P. 26(a)(2) and the Court's Case Management and Scheduling Order (Doc. # 47) and June 8, 2021 Order (Doc. # 54), hereby discloses his expert as follows:

    **Shari L. Lutz, CPA/CFF, ASA**
    **Shari Lutz & Associates, LLC**
    **4610 S. Ulster Street, Suite 150**
    **Denver, CO 80237**

(i) A complete statement of the opinions the witness will express and the basis and reasons for them

**Shari L. Lutz, CPA/CFF, ASA will testify as to the amount of damages and amounts owed from Defendant Michael Frantz to Plaintiff James Raders.**

**Her opinions will be based on the information known and the discovery undertaken in this case thus far. Plaintiff reserves the right to supplement any opinions upon receipt of additional information and discovery.**

(ii) The facts or data considered by the expert in forming them

**Shari L. Lutz, CPA/CFF, ASA will consider all financial documents and information completed and/or supplied in discovery in this action.**

Case No. 6:18-cv-711-Orl-40TBS

(iii) Any exhibits that will be used to summarize or support them

**Shari L. Lutz, CPA/CFF, ASA will utilize exhibits attached to the operative complaint and documents and/or information obtained during discovery.**

(iv) The expert's qualifications, including a list of all publications authored in the previous 10 years

**<u>See attached</u> Curriculum Vitae and Articles List of Shari L. Lutz, CPA/CFF, ASA. (Exhibits A-B)**

(v) A list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition

**<u>See attached</u> Case List for Shari L. Lutz, CPA/CFF, ASA (Exhibit C)**

(vi) A statement of the compensation to be paid for the expert's study and testimony in this case.

**<u>See attached</u> Hourly Rate Sheet of Shari L. Lutz, CPA/CFF, ASA (Exhibit D)**

Dated: July 2, 2021

Respectfully submitted,
/s/ Krista N. Cammack
Krista N. Cammack, Esquire (104718)
kcammack@wickersmith.com
WICKER SMITH O'HARA McCOY & FORD, P.A.
*Attorneys for James L. Raders*
390 N. Orange Ave., Suite 1000
Orlando, FL 32801
Phone: (407) 843-3939
Fax: (407) 649-8118

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a copy hereof has been electronically served via email to: Barry W. Rigby, Esquire, barryrigbylaw@gmail.com, rigbylaw@yahoo.com; on this 2nd day of July 2021.

/s/ Krista N. Cammack

2



**SHARI L. LUTZ, CPA/CFF, ASA**
shari@lutzfvs.com
(303) 407-8015

**EMPLOYMENT**
Shari Lutz & Associates, LLC, 4610 S. Ulster Street, Ste 150, Denver, Colorado 80237. 1997 – Present, Managing Member.

Lutz Zuber & Associates, LLC, 633 17th Street, Ste 1640, Denver, Colorado 80202. June 2012 to June 2019. Managing Member.

Harper Lutz Zuber Hofer & Associates, LLC, 1580 Lincoln Street, Suite 1100, Denver, Colorado 80203. February 2005 to May 2012. Member.

Shuster & Company, PC, Denver, Colorado. July 2003 to January 2005. Director.

Quist Financial, Inc., Boulder, Colorado. February 2002 to October 2002. Director.

Coopers & Lybrand, L L P, Denver, Colorado. January 1997 to November 1997. Manager.

Shenkin Kurtz Baker and Co., P.C., Denver, Colorado. January 1991 to December 1996. Senior Accountant.

KPMG Peat Marwick, L L P, Kansas City, Missouri. May 1988 to December 1990. Senior Accountant.

AT&T, Denver, Colorado. May 1982 to August 1986. Cost Analyst.

**EXPERIENCE**
Primary emphasis in valuation and forensic accounting. Valuation engagements include "business divorce," triggering events in buy-sell agreements, compliance valuations including valuation of intangible assets for financial statement reporting and fair value measurements, wealth transfer, bankruptcy, marital dissolution, and litigation where valuation is an issue. Forensic accounting services include damage estimates, lost earnings or lost profits estimates in a variety of disputes and fraud investigations.

4610 S. Ulster Street
Unit 150
Denver, CO 80237
303.407.8015
info@lutzfvs.com

Exhibit A



Significant engagements and experience include:

- Valuations for "business divorce" including litigated and non-litigated buy-outs and serving as a joint expert.

- Valuations for estate tax, gift tax and income tax, including valuations of family limited partnerships; oil and gas partnerships; medical and professional practices; and operating companies, from start-up to maturity, in various industry sectors.

- Valuation of intangible assets for financial statement purposes, purchase price allocations and GAAP compliance.

- Valuations for marital dissolution including serving as a joint expert.

- Management of lost earnings engagements for wrongful death, personal injury and wrongful termination.

- Management of a wide variety of commercial litigation engagements involving lost profits, valuation of intellectual property and various ownership interests, tracing assets or income, evaluating costs and other analyses relating to accounting or financial issues and fraud investigations.

**EDUCATION**

<u>University of Michigan</u>, Ann Arbor, Michigan.  Degree: MBA, Finance and International Business, 1988.

<u>University of Colorado at Denver</u>, Denver, Colorado.  Degree: Bachelor of Science, Finance and International Business, 1982.  Magna Cum Laude.

**PROFESSIONAL CREDENTIALS**

Accredited Senior Appraiser (ASA). Accreditation granted by the American Society of Appraisers, July 2001.

Accredited in Business Valuation (ABV). Accreditation granted by the American Institute of CPAs, January 1999. (Credential has lapsed)

Certified in Financial Forensics (CFF). Designation granted by the American Institute of CPAs, September 2008.

Certified Public Accountant, Colorado 1992.

Member, Colorado Collaborative Divorce Professionals

Member, American Institute of Certified Public Accountants

Member, American Society of Appraisers.

303.407.8015
info@lutzfvs.com



**COMMUNITY ACTIVITIES**

Temple Emanuel, Former Board of Trustees and Former Chair of the Audit Committee.

Denver Southeast Rotary, President Elect, Former Chair of the Community Service Committee.

The Women's Foundation of Colorado, former member, Audit and Finance Committee.

The Alliance of Professional Women, past President and Treasurer; Former Chairperson of the Public Affairs Committee.

The Alliance Foundation, founding board member, past President and former Treasurer.

The Women's Estate Planning Council, founding board member.

**Attachment III**

**Articles authored by Ms. Lutz within the last ten years:**

"Use of the Joint Appraisal Expert:  Opportunities and Threats", *Business Valuation Update*, Part II of II, Vol. 14, No. 9, September 2008.  Authors:  Shari Lutz and Yvonne Englard Zuber.

"Use of the Joint Appraisal Expert:  Opportunities and Threats", *Business Valuation Update*, Part I of II, Vol. 14, No. 7, July 2008.   Authors:  Shari Lutz and Yvonne Englard Zuber.

"The Reasonable Certainty Rule of Damage Recovery - Who Needs to Be Certain?" National Litigation Consultant's Review, Volume 3, 2012

Exhibit B

**Attachment II**

| Date | Case No. | Plaintiff/Petitioner/Debtor/Claimant | Defendant/Respondent/Creditor | Court | Deposition/ Trial/ Hearing |
|---|---|---|---|---|---|
| 2016 | 15DR1182 | Taryn Atlas | Jamie Atlas | Denver District Court | H |
| 2016 | 2015CV32912 | Ybarguello, LLC; Bbarguello Management, LLC; and Amanda Arguello | GRT, LLC; PDO, LLC; PDO Management, LLC; RSH Management, LLC; Avanti Food & Beverage LLC | Denver District Court | D |
| 2017 | 16-1224A | Kinnickinnic Realty Company | E. Gregg Jackson and Patricia Wooster-Jackson | Arbitration - Judicial Arbiter Group, Inc. | D |
| 2017 | 2016DR30633, Div B | Alica Balegian | Agop (Jake) Balegian | Adams County District Court | H |
| 2017 | 17DR168 | Mark Young | Stephanie Young | Douglas County District Court | H |
| 2017 | 2016DR31137 | Darren Patrick Everett | Katherine Le Everett | Arapahoe County District Court | H |
| 2018 | 2017DR30645 | Edward Powers | Linda Miskimon | Arapahoe County District Court | H |
| 2018 | 2017DR30286 | Donna Hartman | Robert E. Hartman, Jr. | Douglas County District Court | H |
| 2019 | 2018CV30797 | C&P Family Farms LLC d/b/a The White Fence Farms; CNK Denver Inc.; Craig Caldwell; Zuned Khan; Rashedul Khan | Katina Gatchis | Denver District Court | D |
| 2019 | 2018DR30473 | Darcie Glass | Benjamin Glass | Denver District Court | H |
| 2019 | 18DR30444 | Kelly Stroden | Derek Stroden | Arapahoe County District Court | H |

Exhibit C



HOURLY RATES

Our hourly rates are listed below.
These rates are subject to adjustment without notice.

PROFESSIONAL STAFF*



Shari L. Lutz, CPA/ABV/CFF, ASA     $310

ADMINISTRATIVE STAFF

Administrative Staff Personnel $40 -$65

*We may use contractors to assist in your project.  Each individual has agreed to comply with our professional confidentiality requirements.

Effective 3/1/2017

633 SEVENTEENTH STREET + SUITE 1640 + DENVER, CO 80202 + 303.407.8016 + www.LZACPA.COM



Exhibit D