# EXHIBIT A

# Ramses Jalalpour

| | |
|---|---|
| **From:** | Cammack, Krista <KCammack@wickersmith.com> |
| **Sent:** | Wednesday, September 29, 2021 12:16 PM |
| **To:** | Ramses Jalalpour |
| **Cc:** | Owen, Rhonda E. |
| **Subject:** | Raders v. Frantz - Discovery Extension |

Good afternoon,

In follow up to our call, I have had an opportunity to speak with my client about your request for an extension in which to comply with the Court's recent discovery Order. (Doc. # 63). We are agreeable to a **4-day extension (until 10/4 at noon (EST)**) for you to provide Mr. Frantz' response/responsive documents, so long as we also get a **4-day extension (until 10/12)** to file our Reply in Support of our Motion for Summary Judgment (currently due 10/8). We are opposed to any additional relief.

At a minimum, we are seeking information/documentation as to the use and location of the money provided by Dr. Raders to Mr. Frantz/Frantz Ventures/FCI. For example, for money transferred from the Frantz Ventures account to the account for Three Forwards, LLC d/b/a Frantz Hobart Management Services, we are seeking information/documentation as to what the transferred money was then used for, etc.

Please let me know if you have any questions or wish to discuss further (407-317-2197).


Thank you,

Krista Cammack


## Krista Cammack
Partner



390 North Orange Avenue, Suite 1000
Orlando, FL 32801

407.317.2197 direct | 407.843.3939 main
www.wickersmith.com



Atlanta ● Brunswick ● Fort Lauderdale ● Jacksonville ● Key Largo ● Melbourne ● Miami ● Naples
Nashville ● Orlando ● Palmetto Bay ● Pensacola ● Phoenix ● Sarasota ● Tampa ● West Palm Beach

1