# EXHIBIT B

# Ramses Jalalpour

| | |
|---|---|
| **From:** | Cammack, Krista <KCammack@wickersmith.com> |
| **Sent:** | Thursday, September 30, 2021 12:35 PM |
| **To:** | Ramses Jalalpour |
| **Cc:** | Owen, Rhonda E. |
| **Subject:** | RE: Raders v. Frantz - Discovery Extension |

Good afternoon,

We are agreeable to an extension until tomorrow (10/1) at 5:00 PM (EST) in which to comply with the Court's recent discovery Order. (Doc. # 63). I want to reiterate that, in response to our Supplemental Request to Produce, we are seeking all accounting and banking documentation/information regarding any use of Dr. Raders' funds, which includes invoices, wire tracking information, receipts, etc.

Thank you,

Krista Cammack

# Krista Cammack
Partner



390 North Orange Avenue, Suite 1000
Orlando, FL 32801

407.317.2197 direct | 407.843.3939 main

www.wickersmith.com

 

Atlanta ● Brunswick ● Fort Lauderdale ● Jacksonville ● Key Largo ● Melbourne ● Miami ● Naples
Nashville ● Orlando ● Palmetto Bay ● Pensacola ● Phoenix ● Sarasota ● Tampa ● West Palm Beach

**From:** Ramses Jalalpour <jalalpourr@jbltd.com>
**Sent:** Thursday, September 30, 2021 11:54 AM
**To:** Cammack, Krista <KCammack@wickersmith.com>
**Cc:** Owen, Rhonda E. <ROwen@wickersmith.com>
**Subject:** [EXTERNAL] RE: Raders v. Frantz - Discovery Extension

**CAUTION:** This email originated from outside the firm. Do not click on links or open attachments unless you verify that the contents are safe.

Hi Krista,

What if we agree to an informal extension to tomorrow (10/1) at 5pm EST? It's looking like we may not have any additional documents to produce, but Mike and I will be working the phone lines today and tomorrow to try and get some of the documents you are requesting. He doesn't have any in his possession, so we'll need to get these documents from third parties. I don't think the extra few hours on Monday (10/4) will make a difference, but hopefully we can get something to you tomorrow.

RJ

---

**From:** Cammack, Krista <KCammack@wickersmith.com>
**Sent:** Wednesday, September 29, 2021 12:16 PM
**To:** Ramses Jalalpour <jalalpourr@jbltd.com>
**Cc:** Owen, Rhonda E. <ROwen@wickersmith.com>
**Subject:** Raders v. Frantz - Discovery Extension

Good afternoon,

In follow up to our call, I have had an opportunity to speak with my client about your request for an extension in which to comply with the Court's recent discovery Order. (Doc. # 63).  We are agreeable to a **4-day extension (until 10/4 at noon** (EST)**)** for you to provide Mr. Frantz' response/responsive documents, so long as we also get a **4-day extension (until 10/12)** to file our Reply in Support of our Motion for Summary Judgment (currently due 10/8). We are opposed to any additional relief.

At a minimum, we are seeking information/documentation as to the use and location of the money provided by Dr. Raders to Mr. Frantz/Frantz Ventures/FCI. For example, for money transferred from the Frantz Ventures account to the account for Three Forwards, LLC d/b/a Frantz Hobart Management Services, we are seeking information/documentation as to what the transferred money was then used for, etc.

Please let me know if you have any questions or wish to discuss further (407-317-2197).


Thank you,

Krista Cammack


Krista Cammack
Partner

390 North Orange Avenue, Suite 1000

Orlando, FL 32801

407.317.2197 direct | 407.843.3939 main

www.wickersmith.com

☐

---

Atlanta ● Brunswick ● Fort Lauderdale ● Jacksonville ● Key Largo ● Melbourne ● Miami ● Naples
Nashville ● Orlando ● Palmetto Bay ● Pensacola ● Phoenix ● Sarasota ● Tampa ● West Palm Beach


Ramses Jalalpour, Attorney at Law



33 West Monroe Street, Suite 2700
Chicago, Illinois 60603-5404
T: (312) 372-0770 | F: (312) 372-9818
**D: (312) 984-0234**
jalalpourr@jbltd.com | www.johnsonandbell.com

_____

All contents of this e-mail and any attachment are private & confidential. If received or viewed by anyone other than the intended recipient, neither this e-mail nor any attachments, or anything derived from these, may be used or passed on for any purpose whatsoever, and all materials must be destroyed and the sender notified immediately.