# EXHIBIT D

# Ramses Jalalpour

| | |
|---|---|
| **From:** | Ramses Jalalpour |
| **Sent:** | Thursday, November 18, 2021 12:24 PM |
| **To:** | KCammack@wickersmith.com |
| **Cc:** | Mark D. Belongia; rowen@wickersmith.com |
| **Subject:** | Raders v. Frantz - Supplemental Document Production |
| **Attachments:** | Affidavit of Completeness - Frantz.pdf; MFJB 000265 - 000622 - Organizational Docs.pdf |

Hi Krista,

Mr. Frantz was able to obtain additional responsive documents that were in the possession of an attorney who had previously done corporate/real estate work for Mr. Frantz/his related entities. The attorney was able to locate these additional documents. The documents are bates labeled MFJB 000235-698.  Due to file size, I'll send the documents in two emails. The second email will follow.

With this production I am also attaching an affidavit of completeness with respect to the requests to produce that were the subject of your motion to compel.

Please let me know if you have any questions or concerns.

RJ