# EXHIBIT E

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES L. RADERS,

    Plaintiff,

vs.                              CASE NO. 6:18-cv-00711-PGB-EJK

MICHAEL FRANTZ, FRANTZ COMMUNITY
INVESTORS, LLC, and FRANTZ VENTURES,
LLC,

    Defendants.
_____/

    I, MICHAEL FRANTZ, declare under penalty of perjury, individually and as an authorized agent of FRANTZ COMMUNITY INVESTORS, LLC and FRANTZ VENTURES, LLC, state that to the best of my knowledge, the production of documents in response to Request Nos. 7, 10, and 12 of Plaintiff's First Request to Produce and Request Nos. 8, 11, 12, and 14 of Plaintiff's Supplemental Request to Produce is complete at this time.

[x] _____