# EXHIBIT F

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES L. RADERS,

    Plaintiff,

vs.                                          CASE NO. 6:18-cv-00711-PGB-EJK

MICHAEL FRANTZ, FRANTZ COMMUNITY
INVESTORS, LLC, and FRANTZ VENTURES,
LLC,

    Defendants.
_____/

## DECLARATION OF MICHAEL FRANTZ

I, Michael Frantz, declare under penalty of perjury that the following is true, accurate and within my personal knowledge and I will competently testify to the statements contained herein if called to do so:

1. I am an individual defendant in this action. I have attempted to locate any documents within my possession or control that are responsive to Request Nos. 8, 11, 12, and 14 of Plaintiff's Supplemental Request to Produce.

2. I transmitted to my counsel, Johnson & Bell, Ltd., all the documents I was able to locate, including documents from an attorney I had hired years ago to help with corporate organizational matters. I understand that my counsel then immediately produced these documents to Plaintiff's counsel, along with an affidavit of completeness I signed individually and on behalf of the corporate defendants in this matter, Frantz Community Investors, LLC and Frantz Ventures, LLC.

3. I am unaware of any other responsive documents that would be in my possession or control. The only other responsive documents I am aware of are in the possession of my former accountants, who currently work or previously worked for RSM US LLP. At the request of Plaintiff's counsel, I previously executed authorizations allowing Plaintiff to obtain such documents directly from RSM US LLP in conjunction with Plaintiff's corollary lawsuit against that accounting firm in Iowa state court.

FURTHER AFFIANT SAYETH NOT.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

DATED: January 3, 2022                                  _____
                                                                                    Michael Frantz