UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES L. RADERS,

    Plaintiff,

                                                          CASE NO. 6:18-cv-00711-PGB-EJK

vs.

MICHAEL FRANTZ, FRANTZ COMMUNITY
INVESTORS, LLC, and FRANTZ VENTURES,
LLC,

    Defendants.
_____/

## DEFENDANTS' MOTION TO VACATE ORDER (DKT. 80) GRANTING PLAINTIFF'S MOTION IN LIMINE AS UNOPPOSED

COME NOW Defendants, Michael Frantz ("Frantz"), Frantz Community Investors, LLC ("FCI") and Frantz Ventures, LLC ("Frantz Venture") (collectively, "Defendants"), by and through their undersigned counsel, and hereby move this Court for an order vacating its order of January 18, 2022 (Dkt. 80) granting Plaintiff's Motion in Limine (Dkt. 73). In support thereof, Defendants state as follows:

1.    On December 27, 2021, Defendants filed their Motion for Limine (Dkt. 71) pursuant to the Court's Scheduling Order of December 27, 2021 (Dkt. 47). Plaintiff did the same. *See* Dkt. 73.

2.    Defendants chose not to file an objection to Plaintiff's Motion in *Limine* based upon a reading of the Scheduling Order, which did not provide for a deadline for objecting to motions in *limine*. Defendants believed they could instead argue the motion at the Final Pretrial Conference scheduled for January 19, 2022, which would save costs and resources for the Court and the parties.

3. Defendants believed the Scheduling Order superseded any local rules with respect to motions in *limine*, including Local Rule 3.01.

4. Defendants do object to Plaintiff's Motion in *Limine* and respectfully request that the Court vacate its January 18, 2022 Order and allow Defendants to file their proposed Objection to Plaintiff's Motion in *Limine* attached as **Exhibit A**.

5. Plaintiff would suffer no prejudice from granting this motion, which is not brought for purposes of delay or harassment and stems from an innocent misinterpretation of the Court's rules as to responding to motions in *limine*. *See* Dkt. 82 at p. 8 (denying Defendants' motion in *limine* to bar Plaintiff's expert witness, in part, because Plaintiff's violation of Rule 26(a)(2)(B) did not prejudice Defendants). In fact, Plaintiff was aware that Defendants opposed the relief sought in his Motion in *Limine*; therefore, Plaintiff cannot claim any surprise. *See* Dkt. 73 at 6.[1]

WHEREFORE, Defendants respectfully request that the Court enter an order vacating the Court's Order of January 18, 2022 (Dkt. 80) and granting Defendants leave to file their response to Plaintiff's Motion in Limine (Dkt. 73), *instanter*.

---

[1] Plaintiff's Motion in *Limine* contains two request to limit evidence. The second asks the Court to bar Defendants from testifying as to the use of Plaintiff's investment money, unless supported by documentation produced in this case. *See* Dkt. 73 at 3-6. Plaintiff reasons that he has made discovery requests for such documents and Defendants' failure to produce responsive documentation should preclude testimony on this issue. Essentially, then, Plaintiff seeks a sanction for Defendants' supposed discovery violations. But this is the exact issue the Court is in the process of addressing. Specifically, the Court has referred this matter for an evidentiary hearing before the Magistrate Judge on the issue of Defendants' compliance with discovery rules and the Court's orders regarding same. *See* Dkt. 85. Any action taken by the Court on this issue should be resolved through the evidentiary hearing ordered by the Court.

**Certification of Counsel Pursuant to M.D. FLA. L.R. 3.01(g)**

Undersigned counsel, Ramses Jalalpour, conferred with counsel for Plaintiff on January 24, 2022, who advised that Plaintiff opposes the relief requested herein.

Dated: January 24, 2022

Dated this 24th day of January, 2022.

*Attorneys for Michael Frantz; Frantz Community Investors, LLC; and Frantz Ventures, LLC*

| | |
|---|---|
| /s/ Barry W. Rigby | /s/ Mark D. Belongia |
| Barry W. Rigby, Esquire | Mark D. Belongia, Esquire (*Pro Hac Vice*) |
| Florida Bar No. 0613770 | belongiam@jbltd.com |
| barryrigbylaw@gmail.com | Ramses Jalalpour (*Pro Hac Vice*) |
| LAW OFFICES OF BARRY RIGBY, P.A. | jalalpourr@jbltd.com |
| 1881 Lee Road | JOHNSON & BELL |
| Winter Park, FL 32789-2102 | 33 W. Monroe Street, Suite 3700 |
| Phone: (407) 650-1985 | Chicago, IL 60603-5404 |
| Fax: (407) 386-6150 | Phone: (312) 370-0770 |
| | Fax: (312) 372-9818 |

## **CERTIFICATE OF SERVICE**

   I hereby certify that on January 24, 2022, I electronically filed the foregoing with the Clerk of the Courts by using the ECF system, which will send a notice of electronic filing to all counsel of record.

                /s/  *Mark D. Belongia*
                Mark D. Belongia, Esquire